Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **FEIT ELECTRONIC COMPANY, INC.,** <br><br> Defendant | Case No. 3:15-cv-05479-SI <br><br> **STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT** <br><br> Hon. Susan Illston <br><br> [Filed concurrently with Proposed Order] |

AM 58165646.1

-1-

STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT
CASE NO. 3:15-cv-05479-SI

WHEREAS, Plaintiff Bluestone Innovations, LLC ("Bluestone") and Defendant FEIT Electronic Company, Inc., ("FEIT") (collectively the "Parties"), are in continuing negotiations with respect to a resolution that, if achieved, will result in dismissal of the present action;

WHEREAS, the Parties are optimistic that they will be able to finalize such a resolution and would like to focus their efforts accordingly;

WHEREAS, the Parties anticipate the process will be complete within 30 days;

NOW, THEREFORE IT IS HEREBY STIPULATED by and among the Parties, and through their undersigned counsel, that all current deadlines, including ADR-related deadlines, be stayed until **July 20, 2016** pending the finalization of the agreement.

Dated: June 17, 2016              **NI, WANG & MASSAND, PLLC**

                                  By:  /s/ *Hao Ni*
                                       Hao Ni
                                       *Attorney for Plaintiff*
                                       *Bluestone Innovations, LLC*

Dated: June 17, 2016              **LOCKE LORD LLP**

                                  By:  /s/ *James Magid*
                                       Kal K. Shah (*pro hac vice* forthcoming)
                                       James C. Magid
                                       *Attorneys for Defendant*
                                       *FEIT Electronic Company, Inc.*