Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **FEIT ELECTRIC COMPANY, INC.**, <br><br> Defendant <br><br> **IKEA NORTH AMERICA SERVICES LLC,** <br><br> Defendant <br><br> and <br><br> **SEOUL SEMICONDUCTOR COMPANY, LTD.** <br><br> Intervenor-Defendant (both actions) | Case No. 3:15-cv-05479-SI <br><br><br><br><br><br><br><br> Case No. 3:15-cv-05482-SI <br><br> **STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT** <br><br> Hon. Susan Illston <br><br> [Filed concurrently with Proposed Order] |

1   WHEREAS, Plaintiff Bluestone Innovations, LLC ("Bluestone") and Intervenor Seoul Semiconductor Co., Ltd. ("SSC") (collectively the "Parties") have reached an agreement in principle for a settlement in this action;

WHEREAS, the Parties are in the process of finalizing the agreement;

WHEREAS, the Parties anticipate the process will be complete within 30 days;

NOW, THEREFORE IT IS HEREBY STIPULATED by and among the Parties, and through their undersigned counsel, that all current deadlines, be stayed until **August 29, 2016** pending the finalization of the agreement.

Dated: July 29, 2016                **NI, WANG & MASSAND, PLLC**

By: /s/ *Hao Ni*
Hao Ni
*Attorney for Plaintiff*
*Bluestone Innovations, LLC*

Dated: July 29, 2016                **LTL ATTORNEYS LLP**

By: /s/ *Charles Sanders*
Charles Sanders
*Attorney for Intervenor Defendant*
*Seoul Semiconductor Co., Ltd.*