UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FEIT ELECTRONIC COMPANY, INC., *et al.*,<br><br>    Defendants. | Case No. 15-cv-05479-SI<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 54 |

The motion of James C. Magid and Locke Lord LLP to withdraw as counsel for defendant Feit Electric Company, Inc. ("Feit") is scheduled for a hearing on August 12, 2016. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for resolution without oral argument and VACATES the hearing.

In their papers, counsel state that the motion to withdraw was served directly on defendant Feit and Feit's existing counsel of record, Matthew Blackburn of Diamond McCarthy LLP. Dkt. No. 58 at 1. Counsel also state that Mr. Blackburn will continue to represent Feit. Dkt. No. 56 at 1. There is no opposition to the motion. Based upon this record, the Court finds it appropriate to GRANT the motion of James C. Magid and Locke Lord LLP to withdraw as counsel for defendant Feit.

**IT IS SO ORDERED**.

Dated: August 2, 2016

SUSAN ILLSTON
United States District Judge