Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **FEIT ELECTRONIC COMPANY, INC.**, <br><br> Defendant <br><br> **IKEA NORTH AMERICA SERVICES LLC**, <br><br> Defendant <br><br> and <br><br> **SEOUL SEMICONDUCTOR COMPANY, LTD.** <br><br> Intervenor-Defendant (both actions) | Case No. 3:15-cv-05479-SI <br><br><br><br><br><br><br><br> Case No. 3:15-cv-05482-SI <br><br> **[PROPOSED] ORDER TO STAY PROCEEDINGS FOR SETTLEMENT** <br><br> Hon. Susan Illston |

-1-

[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT
CASE NO. 3:15-cv-0479 and 3:15-cv-05482-SI

1 | Having considered the Plaintiff Bluestone Innovations, LLC ("Bluestone") and Intervenor Seoul Semiconductor Co., Ltd. ("SSC") (collectively the "Parties") Second Stipulation to Stay Proceedings for Settlement,

IT IS HEREBY ORDERED, that all deadlines, including ADR-related deadlines, between the Parties are stayed until **September 28, 2016**.

Dated: __8/8__, 2016

_____
The Honorable Susan Illston
United States District Court Judge